UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| vs. | | |
| | * | Case No. 1:18-cv-517 |
| MADISON R. BROWN; AMBER R. BROWN; JUSTIN R. BROWN, MYNA J. BROWN; TRACE M. BROWN; and DIANNA BROWN, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW, Defendants Amber R. Brown, Justin R. Brown, Myna J. Brown and Trace M. Brown (collectively referred to as "the Browns"), and move this Court for an Order granting partial summary judgment in their favor based on the ground that there is no genuine issues to any material fact and that summary judgment is due to be granted as a matter of law. This motion is based on the pleadings and the Memorandum filed in support of Defendants' Motion for Partial Summary Judgment and attachments filed contemporaneously therewith.

WHEREFORE, the above premises considered, Defendants the Browns demand that the Court issue an Order granting partial summary judgment in their favor as to the interpleader claim filed by The Prudential Insurance Company of America.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON, JR.
(ASB-7091-N61T)

OF COUNSEL:

Benton Law, LLC
5 Dauphin Street, Suite 301
Mobile, Alabama  36602
(251) 338-4286 Telephone
(251) 694-1998 Facsimile
tom@benton-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and further served Defendant Madison R. Brown by depositing a copy of same in the United States Mail, properly addressed and first-class postage prepaid:

    Felecia A. Long
    Hill, Hill, Carter, Franco,
      Cole & Black, P.C.
    Post Office Box 116
    Montgomery, AL 36101-0116

    Michael J. Hoover
    Interpleader Law, LLC
    9015 Bluebonnet Blvd.
    Baton Rouge, Louisiana 70810

*/s/ Thomas H. Benton, Jr.*