IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:18-00517-JB-N ) |
| MADISON R. BROWN, et al., | ) ) ) |
| Defendants. | |

**ORDER**

Upon consideration of Plaintiff The Prudential Insurance Company of America's ("Prudential") Motion to Extend Time to File a Response to the Motion for Partial Summary Judgment filed by Defendants Amber R. Brown, Justin R. Brown, Myna J. Brown, and Trace M. Brown (Doc. 41), it is hereby ORDERED, ADJUDGED, and DECREED, that Prudential's Motion is hereby GRANTED. It is further ORDERED that the deadline for Prudential's Response to Doc. 38 shall be extended to July 25, 2019.

**DONE** and **ORDERED** this 1st day of July, 2019

/s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE