IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> MADISON R. BROWN; AMBER R. BROWN; JUSTIN R. BROWN; MYNA J. BROWN; TRACE M. BROWN; and DIANNA BROWN *et al.*, <br>     Defendants. | CIVIL ACTION NO. 18-00517-JB-N |

### ORDER

Per the Court's Federal Rule of Civil Procedure 16(b) Scheduling Order (Doc. 30, *as modified by* Doc. 57): "On or before **Monday, September 9, 2019**, the parties shall confer, in ***good faith***, for the purpose of discussing settlement and shall file with the Clerk of Court a joint statement setting out the present status of settlement negotiations (without disclosing figures) and whether mediation or a settlement conference would be helpful." To date, no such joint statement has been filed, nor have the parties requested an extension of time to file it.

Upon consideration, the remaining parties are **ORDERED** to file, no later than **Thursday, September 19, 2019**, (1) a "a joint statement setting out the present status of settlement negotiations (without disclosing figures) and whether mediation or a settlement conference would be helpful," in accordance with the Scheduling Order; ***and*** (2) a separate joint response to this order showing cause for their failure

to file their joint statement by the initial deadline.

    **DONE** and **ORDERED** this the 12th day of September 2019.

                                               */s/ Katherine P. Nelson*
                                               **KATHERINE P. NELSON**
                                               **UNITED STATES MAGISTRATE JUDGE**