IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:18-00517-JB-N<br>) |
| MADISON R. BROWN, *et al.*,<br>    Defendant. | )<br>) |

### ORDER SETTING TELEPHONIC CONFERENCE

This action is before the Court on the Response to Order to Show Cause (Doc. 63). In light of the foregoing, this action shall come before the undersigned for a status conference by telephone on **Wednesday, September 18, 2019**, at **10:00 a.m. (Central Standard Time)**. To access the telephone conference, the parties are to use the following numbers:

        **CALL IN**        888-278-0296

        **ACCESS CODE**   3668069

At least one attorney of record for each counseled party must participate in the status conference. *Pro se* parties must participate personally.

Conference participants are requested to abstain from using either cell phones or the conference option on landline phones, due to their propensity to disrupt the recording system.

**DONE** and **ORDERED** this the 13th day of September 2019.

                                    */s/ Katherine P. Nelson*
                                    **KATHERINE P. NELSON**
                                    **UNITED STATES MAGISTRATE JUDGE**